# EXHIBIT A

US005539990A

# United States Patent [19]

## Le

[11]  **Patent Number:**     **5,539,990**

[45]  **Date of Patent:**     **Jul. 30, 1996**

[54] **THREE-DIMENSIONAL OPTICAL LEVELLING, PLUMBING AND ANGLE-CALIBRATING INSTRUMENT**

[76] Inventor:  **Mike Le**, c/o Hung Hsing Patent Service Center P.O. Box 55–1670, Taipei, Taiwan

[21] Appl. No.: **453,169**

[22] Filed:     **May 30, 1995**

[51] Int. Cl.⁶ ...................................... G01B 11/26

[52] U.S. Cl. ................................ 33/283; 33/281; 33/286; 33/DIG. 21; 356/138

[58] Field of Search ............................. 33/283, 281, 286, 33/291, DiG. 21, 282, 285, 276; 356/138, 149, 250

[56]            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,964,824 | 6/1976 | Dixon | 356/138 |
| 4,471,530 | 9/1984 | Kirven | 33/286 |
| 4,836,669 | 6/1989 | Teach | 356/138 |
| 4,993,161 | 2/1991 | Borkovitz | 33/291 |
| 5,012,585 | 5/1991 | DiMaggio | 33/291 |
| 5,144,486 | 9/1992 | Hart | 356/138 |
| 5,184,406 | 2/1993 | Swierski | 33/291 |

*Primary Examiner*—Christopher W. Fulton

[57]            **ABSTRACT**

An optical levelling, plumbing and angle-calibrating instrument includes: a frame; a plumb body universally pendulously mounted on the frame and defining a vertical plumb line gravitationally; at least an illuminator electrically connected to a power supply and mounted on the plumb body for emitting laser light; and at least a cylindrical-surfaced lens mounted on the plumb body in front of the illuminator for planarly diverging the laser light as emitted from the illuminator through the lens to form a laser light plane transverse to a lens axis of the cylindrical-surfaced lens, whereby the laser light plane will projectively intersect an objective wall to form a straight line of optical image, serving as a reference line for levelling or plumbing use.

**5 Claims, 4 Drawing Sheets**



Case 1:05-cv-00636-GMS    Document 1-2    Filed 08/30/2005    Page 3 of 26



F I G .1



F I G. 2



F I G.3



F I G. 5



F I G. 4



F I G. 6

5,539,990

1

## THREE-DIMENSIONAL OPTICAL LEVELLING, PLUMBING AND ANGLE-CALIBRATING INSTRUMENT

### BACKGROUND OF THE INVENTION

A conventional laser beam level instrument as disclosed in U.S. Pat. No. 4,993,161 includes a laser diode mounted on a pendulous platform suspended from a frame which moves freely under the influence of gravity to provide automatic self-levelling. A vertical laser beam emitted from the diode is deflected by a prism which is rotated as driven by a motor, thereby providing a levelling reference through a horizontal plane.

However, such an instrument requires a rotating mechanism such as driven by a motor and transmission belt which may cause the drawback of heavy weight, increased production cost and maintenance problems.

The present inventor has invented an optical levelling and plumbing instrument without the rotating mechanism.

### SUMMARY OF THE INVENTION

The object of the present invention is to provide an optical levelling, plumbing and angle-calibrating instrument including: a frame; a plumb body universally pendulously mounted on the frame and defining a vertical plumb line gravitationally; at least an illuminator electrically connected to a power supply and mounted on the plumb body for emitting laser light; and at least a cylindrical-surfaced lens mounted on the plumb body in front of the illuminator for planarly diverging the laser light as emitted from the illuminator through the lens to form a laser light plane transverse to a lens axis of the cylindrical-surfaced lens, whereby the laser light plane will projectively intersect an objective wall to form a straight line of optical image, serving as a reference line for levelling or plumbing use.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an elevational drawing of the present invention.

FIG. 2 is a partial perspective illustration showing the illuminators and the cylindrical-surfaced lens in accordance with the present invention.

FIG. 3 is an illustration showing a three dimensional display of optical images of the light beams as emitted from the illuminators of the present invention.

FIG. 4 is an illustration showing a plurality of cylindrical-surfaced lenses linearly connected in series for magnifying the optical image of the light beam.

FIG. 5 shows a circular optical image of 360 degrees as effected by a plurality of lens and illuminators radially connected in series.

FIG. 6 is an illustration showing another preferred embodiment of the present invention.

### DETAILED DESCRIPTION

As shown in FIGS. 1 and 2, the present invention comprises: a frame or housing 1, a plumb body 2 universally pendulously mounted on the frame 1, an illuminating means 3 secured on the plumb body 2 for emitting a parallel light beam, a power supply means 4 including a power source of batteries and a control means (not shown) for adjusting the power (such as voltage or current) supplied to the illuminating means 3 for adjusting the brightness of the optical images produced by the illuminating means 3, and a cylin-

2

drical-surfaced lens means 5 mounted on the plumb body 2 for magnifying or diverging the light beam as deflected through the cylindrical-surfaced lens means 5.

The power supply means 4 may be stored or mounted in the plumb body 2 or in the frame or housing 1, not limited in this invention.

The illuminating means 3 includes a plurality of illuminators 31, 32, 33 each illuminator electrically connected to the power supply means 4 and each illuminator comprising a light source such as a laser diode 3a and a collimating lens 3b as shown in FIG. 2 for producing parallel light (or laser) beam Lo as emitted from the light source 3a.

The illuminators 31, 32, 33 of the illuminating means 3 may be mounted on a holder portion 25 positioned on a top portion of the plumb body 2 as shown in FIG. 1 or the illuminators may be installed on other suitable positions of the plumb body 2, not limited in this invention.

The frame 1 includes a base 11 resting on a surface, a cantilever 14 protruding upwardly from the base 11 for universally securing a neck portion 27 of the plumb body 2 on the cantilever 14 by an universal swivel means 15 such as an universal coupling.

The frame 1 may be modified to be other shapes or structures, such as an envelope or closed housing (not shown) for shielding the plumb body 2 within the housing.

The plumb body 2 includes a battery chamber 20 recessed in the body 2 for storing a battery or batteries in the chamber 20, and a plumb portion 21 formed on a lower or middle portion of the body 2, with the plumb body 2 defining a vertical plumb line 2a aligned with a gravity center of the plumb body 2.

The illuminating means 3 includes: a first illuminator 31 for emitting a first parallel light beam Lo defining a horizontal plane projectively perpendicular to the vertical plumb line 2a of the plumb body 2, a second illuminator 32 juxtapositional to the first illuminator 31 for emitting a second parallel light beam Lo' defining a vertical plane projectively parallel to the vertical plumb line 2a, and a third illuminator 33 transverse to the first and second illuminators 31, 32 for emitting a third parallel light beam Lo" projectively perpendicular to the second light beam Lo' emitted from the second illuminator 32.

The cylindrical-surfaced lens means 5 includes: a first cylindrical-surfaced lens 51 positioned in front of the first illuminator 31 and having a first lens axis X parallel to the vertical plumb line 2a of the plumb body 2 for planarly magnifying or diverging the first parallel light beam Lo passing through and deflected by the first cylindrical-surfaced lens 51 to be a first diverging laser light plane L for producing a first horizontal straight line of optical image H1 which may be projectively displayed on a first vertical wall W1 as shown in FIG. 3, a second cylindrical-surfaced lens 52 positioned in front of the second illuminator 32 and having a second lens axis X' projectively perpendicular to the first lens axis X of the first cylindrical-surfaced lens 51 for magnifying the second parallel light beam Lo' passing through and deflected by the second cylindrical-surfaced lens 52 to be a second laser plane L' for producing a first vertical straight line of optical image V1 which may be projectively displayed on the first vertical wall W1 to intersect the first horizontal straight line H1 to form a first right angle A1 of optical image, and a third cylindrical-surfaced lens 53 positioned in front of the third illuminator 33 and having a third lens axis X" projectively parallel to the second lens axis X' of the second cylindrical-surfaced lens 52 for magnifying the third parallel light beam Lo" passing

5,539,990

| 3 | 4 |

through and deflected by the third cylindrical-surfaced lens 53 to be a third vertical straight line V2 for producing a second vertical straight line V2 of optical image which may be projectively displayed on a second vertical wall W2 perpendicular to the first vertical wall W1.

The first vertical straight line V1 of optical image projectively intersects a horizontal base plane Pf to form a first base line F1 of optical image forming a first vertical plane Pv emerging from the light emitting point 30 of the second illuminator 32; while the second vertical straight line V2 of optical image projectively intersects the horizontal base plane Pf to form a second base line F2 of optical image forming a second vertical plane Pv' to define a second right angle A2 of optical image between the first and second vertical planes Pv, Pv', with the first horizontal straight line H1 forming a horizontal plane Ph perpendicular to the first vertical plane Pv as shown in FIG. 3. The two base lines F1, F2 will serve as references in surveying, construction or measurement for plumbing and angle calibration.

The second vertical plane Pv' may be separated from the first vertical plane Pv by another angle, other than 90 degrees. The horizontal line H1 and the vertical lines V1, V2 may serve for a direct optical-image referenece for levelling, plumbing and angle-calibrating purposes, without requiring any rotating mechanism such as a conventional driving motor. Therefore, the present invention provides an instrument for levelling, plumbing and angle calibration with a reliable precision, lower installation cost and minimized maintenance problem in comparison with conventional laser beam level instruments.

A plurality of cylindrical-surfaced lens 5 may be linearly connected in series as shown in FIG. 4 to magnify the optical image Li by projecting the light beam on a wall W as magnified and deflected through the lens 5.

The plurality of cylindrical-surfaced lens 5 may be radially connected in series to form an optical image of 360 degrees, in which each lens may cover an angle of 80 degrees, thereby requiring five lenses 5 to form a circle as shown in FIG. 5.

The present invention may be modified without departing from the spirit and scope of this invention.

As shown in FIG. 6, the cylindrical-surfaced lens 5 may be substituted with a plurality of prism lenses 5a connected in series for magnifying the laser light as emitted from the illuminator 3.

I claim:

1. An optical levelling, plumbing and angle-calibrating instrument comprising:

a frame;

a plumb body universally pendulously mounted on the frame and defining a vertical plumb line gravitationally;

an illuminating means electrically connected to a power supply means and mounted on the plumb body for emitting laser light; and

a cylindrical-surfaced lens means mounted on said plumb body in front of said illuminating means and having a

lens axis projectively perpendicular to the laser light emitted from said illuminating means for planarly diverging the laser light as emitted from said illuminating means through said lens means to form a laser light plane transverse to a lens axis of said cylindrical-surfaced lens means, said laser light plane projectively intersecting an objective wall to form an optical image line, said illuminating means and said lens means operatively projecting a first laser light plane projectively perpendicular to the vertical plumb line of the plumb body to intersect the objective wall to form a horizontal straight line of optical image for levelling; and said illuminating means and said lens means operatively projecting a second laser light plane projectively perpendicular to said first laser light plane to intersect the objective wall to form a vertical straight line for plumbing.

2. An optical levelling, plumbing and angle-calibrating instrument according to claim 1, wherein said power supply means includes at least a battery mounted in said plumb body.

3. An optical levelling, plumbing and angle-calibrating instrument according to claim 1, wherein said illuminating means includes: a first illuminator, a second illuminator juxtapositional to said first illuminator, and a third illuminator angularly deviated from said first illuminator and said second illuminator;

said cylindrical-surfaced lens means including a first cylindrical-surfaced lens having a first lens axis parallel to the vertical plumb line and positioned in front of said first illuminator for forming a horizontal laser light plane, a second cylindrical-surfaced lens having a second lens axis projectively perpendicular to said first lens axis and positioned in front of said second illuminator for forming a first vertical laser light plane, and a third cylindrical-surfaced lens having a third lens axis projectively perpendicular to said second lens axis and positioned in front of said third illuminator for forming a second vertical laser light plane deviated from said first vertical laser light plane with an angle.

4. An optical levelling, plumbing and angle-calibrating instrument according to claim 3, wherein said third cylindrical-surfaced lens is separated from said second cylindrical-surfaced lens with a right angle to define a right angle between said second vertical laser light plane and said first vertical laser light plane.

5. An optical levelling, plumbing and angle-calibrating instrument according to claim 1, wherein said cylindrical-surfaced lens means includes: a plurality of cylindrical-surfaced lenses linearly connected in series to allow a lens axis of each said cylindrical-surfaced lens to be projectively perpendicular to the laser light emitted from said illuminating means, said lenses positioned in front of said illuminating means to planarly diverge the laser light to form a laser plane projectively intersecting an objective wall to form a continuous optical image line on the wall.

* * * * *

# EXHIBIT B

US006914930B2

(12) **United States Patent**
Raskin et al.

(10) Patent No.: **US 6,914,930 B2**
(45) Date of Patent: **Jul. 5, 2005**

(54) **LASER LEVEL**

(75) Inventors: **James R. Raskin**, Ellicott City, MD (US); **Jeffrey A. Cooper**, Ellicott City, MD (US); **James D. Marshall**, Mallorytown (CA); **Oleksiy P. Sergyeyenko**, Brockville (CA); **Thomas J. Wheeler**, Pomona, CA (US)

(73) Assignee: **Black & Decker Inc.**, Newark, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 59 days.

(21) Appl. No.: **10/277,474**

(22) Filed: **Oct. 22, 2002**

(65) **Prior Publication Data**

US 2003/0231303 A1 Dec. 18, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/384,673, filed on May 31, 2002.

(51) Int. Cl.⁷ ............................. H01S 3/00; G01B 11/26
(52) U.S. Cl. .......................... 372/109; 33/286; 33/290
(58) Field of Search ........................... 372/109; 33/286, 33/290, 285, 291

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,771,876 A | | 11/1973 | Ljungdahl et al. .......... 356/138 |
| 4,099,118 A | | 7/1978 | Franklin et al. |
| 4,993,161 A | * | 2/1991 | Borkovitz .................... 33/291 |
| 5,075,977 A | | 12/1991 | Rando |
| 5,459,932 A | * | 10/1995 | Rando et al. ................. 33/291 |
| 5,572,796 A | * | 11/1996 | Breda ......................... 33/283 |
| 5,594,993 A | | 1/1997 | Tager et al. |
| 5,754,582 A | * | 5/1998 | Dong ........................ 372/109 |
| 5,872,657 A | | 2/1999 | Rando |
| 5,914,778 A | * | 6/1999 | Dong ........................ 356/247 |
| 6,009,630 A | | 1/2000 | Rando ........................ 33/365 |
| 6,035,540 A | * | 3/2000 | Wu et al. .................... 33/286 |
| 6,202,312 B1 | | 3/2001 | Rando ........................ 33/227 |
| 6,211,662 B1 | | 4/2001 | Bijawat et al. |

| | | | |
|---|---|---|---|
| 6,351,890 B1 | | 3/2002 | Williams |
| 6,502,319 B1 | | 1/2003 | Goodrich et al. ............. 33/286 |
| 2003/0229997 A1 | * | 12/2003 | Gamal et al. ................. 33/290 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 029716316 | * | 9/1997 | ........... G01C/9/06 |
| DE | 199 11 542 A | | 6/2000 | |
| EP | 0819911 | | 7/1996 | ........... G01C/15/00 |
| EP | 0819911 A1 | * | 1/1998 | ........... G01C/15/00 |
| JP | 8-271253 | | 10/1996 | |
| JP | 10-213436 | | 8/1998 | |
| JP | 2000-88573 | | 3/2000 | |
| WO | WO 02/093108 | * | 11/2002 | ........... G01B/11/26 |

OTHER PUBLICATIONS

Conal Clynch, Search Report Application No. GB0301618.5, Mar. 24, 2003.
Conal Clynch, Search Report Application No. GB0301641.7, Mar. 24, 2003.
M. Santos, European Search Report Application No. EP 03 00 1590, Oct. 19, 2004, The Hague.
Annex to the European Search Report on European Patent Application No. EP 03 00 1590.
M. Santos, European Search Report Application No. EP 03 00 1592, Oct. 20, 2004, The Hague.
Annex to the European Search Report on European Patent application No. EP 03 00 1592.
M. Santos, European Search Report Application No. EP 03 00 1591, Oct. 22, 2004, The Hague.
Annex to the European Search Report on European Patent Application No. EP 03 00 1591.

* cited by examiner

*Primary Examiner*—Don Wong
*Assistant Examiner*—Leith A Al-Nazer
(74) *Attorney, Agent, or Firm*—Adan Ayala

(57) **ABSTRACT**

A laser level disposable on a reference surface includes a housing, a pendulum pivotably connected to the housing, a first laser diode disposed on the pendulum for emitting a first laser beam along a first path, and a lens disposed on the pendulum in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a line on the reference surface.

**55 Claims, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 3E



FIG. 4A



FIG. 4B

FIG. 4C



FIG. 4D



FIG. 4E



FIG. 4F



FIG. 4G



FIG. 5A



FIG. 5B



FIG. 6A

FIG. 6B

FIG. 7



FIG. 9



FIG. 8A

FIG. 8B



FIG. 10A

FIG. 10B

FIG. 10C



FIG. 10D



FIG. 11

FIG. 12



FIG. 13A          FIG. 13B



FIG. 14

US 6,914,930 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**LASER LEVEL**

**CROSS-REFERENCE TO RELATED APPLICATIONS**

The present application claims priority under 35 USC § 119(e) of U.S. Application No. 60/384,673, filed on May 31, 2002, now pending.

**FIELD OF THE INVENTION**

This invention relates generally to laser instruments and specifically to laser levels.

**BACKGROUND OF THE INVENTION**

Laser levels have been used in construction for many years. They typically seek to produce a plane of light for a reference for construction projects. Laser levels have been used for large scale construction projects like commercial excavating, laying foundations, and installing drop ceilings. Laser levels save considerable time during initial layout of a construction job compared to other tools such as beam levels, chalk lines, or torpedo levels. Some examples of jobs where laser levels would be useful include laying tile, mounting cabinets, installing counter tops, and building outdoor decks.

It is an object of the present invention to provide a laser level that is inexpensive and usable by the general public.

**SUMMARY OF THE INVENTION**

In accordance with the present invention, an improved laser level is employed. The laser level disposable on a reference surface includes a housing, a pendulum pivotably connected to the housing, a first laser diode disposed on the pendulum for emitting a first laser beam along a first path, and a lens disposed on the pendulum in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a line on the reference surface.

Additional features and benefits of the present invention are described, and will be apparent from, the accompanying drawings and the detailed description below.

**BRIEF DESCRIPTION OF THE DRAWINGS**

The accompanying drawings illustrate preferred embodiments of the invention according to the practical application of the principles thereof, and in which:

FIG. 1 is a perspective view of a first embodiment of a laser level according to the invention;

FIG. 2 is a cross-sectional view of the laser level of FIG. 1;

FIG. 3 illustrates different laser diode/lens arrangements, where FIG. 3A is a partial cross-sectional front view of an arrangement, and FIGS. 3B–3E are top views of alternate arrangements;

FIG. 4 illustrates another laser diode/lens arrangement, where FIG. 4A is a partial cross-sectional top view of such arrangement, FIG. 4B is an augmented view of FIG. 4A; FIG. 4C is a partial cross-sectional view along line IV—IV of FIG. 4B, FIG. 4D is an augmented top drawing of the lens in FIG. 4A, FIG. 4E is an augmented top drawing of a first alternate lens, FIG. 4F is a front view of a second alternate lens, and FIG. 4G is a cross-sectional view along line G—G of FIG. 4F;

FIG. 5 illustrates the laser level being used with a target, where FIGS. 5A–5B are front and top views, respectively;

FIG. 6 illustrates the target of FIG. 5, where FIGS. 6A–6B show the target independently and with the laser level, respectively;

FIG. 7 is a wall hanging assembly for the laser level;

FIG. 8 is a partial cross-section of a second embodiment of the laser level, where FIGS. 8A–8B show the laser level in vertical and inclined positions, respectively;

FIG. 9 illustrates a pendulum lock mechanism according to the invention;

FIG. 10 illustrates a third embodiment of the laser level, where FIGS. 10A–10C show a laser assembly disposed on right, top and left positions, respectively, and FIG. 10D is an exploded diagram of the laser level;

FIG. 11 is a block diagram of the components of the laser level;

FIG. 12 is an alternate block diagram of the components of the laser level;

FIG. 13 illustrates a fourth embodiment of the laser level, where FIGS. 13A–13B are perspective and cross-sectional views of the laser level, respectively; and

FIG. 14 illustrates another wall hanging assembly for the laser level.

**DETAILED DESCRIPTION**

The invention is now described with reference to the accompanying figures, wherein like numerals designate like parts. Referring to FIGS. 1–2, a laser level 10 may have a housing 11. The housing 11 may have a top portion 11T and a bottom portion 11B. The housing may also have a hole 12 extending through the housing 11. The hole 12 preferably extends through the top portion 11T. The perimeter of the hole 12 may be defined by an inner wall 11I.

The top portion 11T may carry a pendulum assembly 30. Preferably, the pendulum assembly 30 has a main body 31, which may be made of metal or plastic. Main body 31 may be disposed on a knife edge 11K at portion 32. Knife edge 11K may be connected to and/or supported by inner wall 11I. Alternatively, knife edge 11K maybe connected to and/or supported by housing 11. Persons skilled in the art will recognize that pendulum assembly 30 may be supported by means other than knife edge 11K, such as a pin, bearing, point or other pendulous means.

The main body 31 may carry at least one laser assembly 40 and preferably two laser assemblies 40 disposed left and right of the knife edge 11K. Persons skilled in the art will recognize that a laser assembly 40 may disposed above knife edge 11K. Persons skilled in the art will also recognize that the laser assemblies 40 will emit laser beams. Accordingly, it is preferable to provide housing 11 with windows 13 to allow the laser beams to exit from housing 11.

Persons skilled in the art will recognize that such arrangement will provide a self-leveling pendulum assembly that will emit substantially horizontal laser beams (and a substantially vertical laser beam if a laser assembly 40 is disposed above knife edge 11K and is directed upwardly) when laser level 10 is disposed against a wall. Persons skilled in the art will also recognize that it is preferable to

US 6,914,930 B2

**3**

allow laser assembly **40** to be angularly adjusted along a vertical plane relative to main body **31**, to ensure that the projected laser beam is substantially horizontal when the main body **31** is at its stationary position.

A possible adjustment arrangement is shown in FIG. 8A, where laser assembly **40** has a barrel **41** carrying the laser diode and lens(es) (not shown). Barrel **41** may be disposed on a pin **38** supported by main body **31**. A spring **39** preferably disposed between barrel **41** and main body **31** may bias barrel **40** upwardly against set screw **37**. Set screw **37** is preferably disposed on main body **31** and contacts barrel **41** to stop rotation of barrel **41** about pin **38**, and set the position of barrel **41** (and thus of laser assembly **40**). Persons skilled in the art will recognize that the set screw **37** is preferably locked in place using a locking compound such as Loc-Tite.

A second possible adjustment arrangement is also shown in FIG. 8A, where like numerals refer to like parts. In this arrangement, barrel **41** may be disposed against a protrusion **31P** by main body **31**. A spring **39'** preferably disposed between barrel **41** and main body **31** may bias barrel **40** downwardly against set screw **37**. Set screw **37** is preferably disposed on main body **31** and contacts barrel **41** to stop rotation of barrel **41** about protrusion **31P**, and set the position of barrel **41** (and thus of laser assembly **40**). Persons skilled in the art will recognize that the set screw **37** is preferably locked in place using a locking compound such as Loc-Tite.

Referring to FIGS. 1–2, main body **31** may also have weights **33** to provide a lower center of gravity, and enhance the performance of the pendulum assembly **30**. In addition, main body **31** may have at least one adjustment screw **33A** to adjust the center of gravity of pendulum assembly **30**, as necessary.

Main body **31** may also have a plaque **33M**, made of magnetic material, ferrous material or non-ferrous conductive material, such as zinc or copper. Plaque **33M** preferably is aligned with at least one magnet (and preferably two magnets) disposed in housing **11**, e.g., on the inside of the front and rear walls of housing **11**, for providing a damping action on pendulum assembly **30**. Basically, eddie currents are generated within plaque **33M**, as the plaque moves and interacts with the magnetic field supplied by the magnet(s).

Persons skilled in the art shall recognize that pendulum assembly **30** is preferably wholly contained within housing **11**. However, the pendulum assembly **30** may be at least partly, if not completely, disposed outside of housing **11**.

Persons skilled in the art shall recognize that a damping mechanism for damping the motion of pendulum assembly **30** may be provided. Persons skilled in the art are directed to the damping mechanism disclosed in U.S. Pat. No. 5,144,487, which is wholly incorporated by reference herein, as well as to its equivalents.

The bottom portion **11B** of housing **11** may carry a battery **50** for powering the laser assemblies **40**. In addition, the bottom portion **11B** may carry a stud sensor circuit **20**. The circuitry of the stud sensor circuit **20** is not illustrated herein. Persons skilled in the art are referred to U.S. Pat. Nos. 4,099,118 and 4,464,622, which are wholly incorporated herein by reference.

**4**

As is well known in the art, the stud sensor circuit **20** may include an on/off actuator or switch **21**, which can be a push-button type actuator. Stud sensor circuit **20** may also include light emitting diodes **22** to display the location of a stud.

It is preferable to align the sensors within stud sensor circuit **20** with the center of hole **12**, so that the center of hole **12** indicates the location of the stud.

Persons skilled in the art should recognize that detector circuits other than stud sensor circuit **20** may be provided in laser level **10**. Preferably, these detector circuits can detect features underneath a surface, such as a wall or floor. These features may include pipes or wires. Circuits for pipe and wire detectors, as well as other detector circuits, are well known in the art.

The housing **11** may be formed from a hard impact resistant, preferably moldable material such as a hard thermoplastic material such as ABS or polystyrene. It is preferable to provide a grip **14** on bottom portion **11B**. Grip **14** may be made of a soft or low durometer thermoplastic elastomer. In addition, grip **14** can be formed from any of the so-called "soft-touch" elastomer materials, such as those sold under the tradenames "Santoprene", "Kraton" and "Monprene," and are preferably adhered or overmolded to the housing **11**.

Referring to FIGS. 2–3, laser assemblies **40** are disposed on main body **31**. Laser assembly **40** may include a substantially cylindrical barrel **41**, which may be adjustably connected to main body **31**, laser diode **42** disposed in barrel **41**, and a line lens **43** disposed in barrel **41**. Persons skilled in the art will recognize that in the preferred embodiment, adjusting barrel **41** will result in moving laser diode **42** and line lens **43**. In addition, persons skilled in the art will recognize that a collimating lens may be disposed between laser diode **42** and line lens **43**.

Preferably, line lens **43** converts the laser beam exiting laser diode **42** into a planar beam. Line lens **43** may have different shapes to accomplish such purpose. For example, as shown in FIGS. 3B–3D, line lenses **43A, 43B, 43C** may have a substantially circular cross-section, half-circle cross-section or quarter-circle cross-section, respectively. Alternatively, line lens **43D** may have a compound cross-section, which includes a rectangle connected to a quarter-circle.

Accordingly, when laser level **10** is disposed against a wall, laser assembly **40** will preferably emit a laser plane that contacts the wall, forming a laser line on the wall. Persons skilled in the art will recognize that it is preferable to orient the laser assemblies **40** in such manner so that at least a portion of the laser plane will contact the wall. In addition, persons skilled in the art will recognize that providing laser assemblies **40** on the pendulum assembly **30** discussed above will preferably result in laser level **10** projecting substantially horizontal laser lines against the wall (and a substantially vertical laser beam if a laser assembly **40** is disposed above knife edge **111K** and is directed upwardly).

Persons skilled in the art will recognize that line lenses **43B, 43C, 43C** will limit the angle of plane divergence. In other words, if a horizontal line HL is 0°, the plane exiting

US 6,914,930 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

from line lens 43A may extend from, for example, −30° to 30°, providing an angle of plane divergence DA of 60°. On the other hand, the plane exiting from line lenses 43B, 43C, 43D may extend from, for example, 0° to 30°, providing an angle of plane divergence DA of 30°. This provides for a more efficient use of the laser beam, directing more energy towards the wall, rather than away from the wall. Persons skilled in the art will recognize that directing more energy towards the wall is preferable as it would result in a brighter laser line on the wall.

A preferred laser assembly 40' is shown in FIG. 4, where like numerals refer to like parts. Such laser assembly 40' has a collimating lens 44 disposed in the laser beam path, as well as a line lens 45 disposed in the laser beam path after the collimating lens 44. Line lens 45 is preferably a prismatic lens that includes at least two cylindrical lens forms with significantly different focal distances to generate at least two superimposed laser planes with different divergence angles and trajectories.

With such arrangement, when laser assembly 40' is placed near a wall W, two or more lines are projected onto wall W. At least one of these lines (L1) may be directed to strike the wall W at a short distance along the wall surface, while another of these lines (L2) may be directed to strike the wall W at a longer distance. This preferably increases the overall length and/or apparent brightness of the laser line shown on the wall W. Lines L1, L2 may partially overlap or may be separated to further increase the length of the resulting laser line on wall W.

As mentioned above, line lens 45 may have two portions. One portion has a long focal distance for generating the high density line L2, i.e., having a small divergence angle. The brightness of line L2 along wall W will depend of the divergence angle H, as the smaller the divergence angle, the brighter the line at a given distance.

But a small divergence angle H will result in a laser line gap on the wall W between the laser assembly 40' (and thus laser level 10) and the beginning of laser line L2. Accordingly, it is preferable to provide line lens 45 with a second portion with a short focal distance for generating a line L1 with a lower density than the line L2, and thus having a larger divergence angle L. The larger divergence angle L will create a low density line L1 that will contact wall W closer to the laser assembly 40', thus reducing the laser line gap left by line L2.

Persons skilled in the art will recognize that the first and second portions will have a first and second radii R1, R2, respectively. Preferably, radius R1 is substantially larger than radius R2. Persons skilled in the art will know how to select the appropriate radii, as they must be selected based on the distance from the wall W to laser assembly 40', the desired length of laser line gap to fill up, etc.

Persons skilled in the art will recognize that the laser beam LB created by the collimating lens 42 has a generally oval cross-section. The use of the long axis of the oval allows easier positioning of the beam to pass the two portions of line lens 45. It is desirable to orient the laser beam LB so that the short axis of the oval is aligned in the axis of the line lens 45 that offers no or minimal magnification. Accordingly, the short axis preferably provides the width of laser lines L1, L2. Persons skilled in the art will recognize that a narrower width is preferable as it increases accuracy and intensity of the laser lines. In a preferred embodiment, the short and long axes are about 3 mm and about 7 mm respectively.

Persons skilled in the art will also recognize that the above discussion is preferably applicable to line lens 45, as well as to alternate line lens 45' (FIGS. 4E–4G), except that the second portion with R2 is concave, i.e., extending into the lens, rather convex, i.e., extending out of the lens. In the embodiment of FIGS. 4F–4G, line lens 45' has radii R1, R2 of about 12.70 mm and about 0.75 mm, respectively.

It may also be preferable to provide line lens 45' with protrusions 45P to engage barrel 41.

Furthermore, it is preferable to provide a means of line lens 45' to delimit the width of the laser plane generated by laser assembly 40'. One such means is by providing a screen 45S on the wall 45F closest to laser diode 42. With such screen 45S, the shape or width of the emitted laser plane can be controlled. For example, screen 45S can define an unscreened line through which the laser beam is transmitted.

In the present embodiment, screen 45S is basically a texture molded onto wall 45F. However, persons skilled in the art will recognize that screen 45S can be an opaque material, such as paint, metal or fabric, which is disposed on or adjacent to line lens 45'. Furthermore, screen 45S could be disposed on or adjacent to wall 45R, or within line lens 45'. Alternatively, screen 45S can be disposed ahead of lens 44.

Referring to FIG. 5, regardless of the type of line lens used, it is likely that the laser line will fade as it gets farther from laser level 10. As shown in FIG. 5B, the emitted laser plane LP still has a component that does not contact the wall W. This component will form a laser line when it contacts another surface.

Accordingly, it is preferable to provide a surface that can intersect this component of the laser plane LP. This surface can be provided on a movable target 60. Target 60 may have a main body 61, and a cylinder 62 disposed on the body 61. Preferably, the inside of cylinder 62 is carved out, forming a hollow cone 62C ending in a central bore 63. Target 60 may have cross-hair indicia, such as grooves 65 or ribs, intersecting at the center of bore 63.

Persons skilled in the art will recognize that target 60, main body 61 and/or cylinder 62 may be made of a translucent material to facilitate location of a mark. This could facilitate placing the laser level 10 on a specifically desired location.

A ramp 64 may be provided on cylinder 62. Preferably the ramp 64 has some reflective material. (Alternatively, textured areas can be disposed on cylinder 62 or ramp 64 to enhance the visibility of the laser line.) Accordingly, the user can disposed the laser level 10 on wall W and move target 60 until ramp 64 is aligned with the laser line.

The user can then use a pencil to mark the center of target 60. Alternatively, the user can push a pin 66P or expanding mandrel 66M through bore 63 to maintain the target 60 in place. Persons skilled in the art will recognize that an expanding mandrel has at least two metal strips along its longitudinal axis meeting at a front tip. The mandrel is

US 6,914,930 B2

7

inserted into a pre-drilled hole. The steel strips can be then expanded within the hole in order to fix the mandrel.

Persons skilled in the art will recognize that target 60 may be removably disposed in hole 12 of laser level 10. Thus, laser level 10 provides on-board storage for target 60. To this end, it is preferable to provide target 60 with detent protrusions 67, which engage the laser level 10.

Persons skilled in the art will recognize that, if the center of hole 12 is aligned with the horizontal lines emitted by the laser assemblies 40, the bore 63 of target 60 will be placed at the intersection of the vertical centerline of laser level 10 with the horizontal lines. In addition, the laser level 10 may be hung by pushing a pin through bore 63 and nesting laser level 10 unto target 60.

It may also be preferable to provide a hanger assembly 70 for laser level 10. Hanger assembly 70 may have a main body 71 with a central hole 72 for receiving the head of a nail hammered into a wall. Main body 71 may be made of a translucent material to facilitate location of a mark or nail.

Hanger assembly 70 may also have a ramp 73, as cross-hair indicia, such as grooves 74 or ribs, intersecting at the center of hole 72. Textured areas can be disposed on main body 71 or ramp 73 to enhance the visibility of the laser line.

Hanger assembly 70 may be removably disposed in hole 12 of laser level 10. To this end, it is preferable to provide hanger assembly 70 with detent protrusions 77, which engage the laser level 10.

Persons skilled in the art will recognize that housing 11 may be provided with holes for receiving nail heads or screw heads, for hanging laser level 10 thereon.

It may also be preferable to provide a separable hanger assembly 90 for laser level 10. Hanger assembly 90 may have a main body 91, a magnet 93 disposed on the main body 91, and a ramp 92. Main body 91 may also have cross-hair indicia, such as grooves or ribs, intersecting at its center. Hanger assembly 90 may be removably disposed in hole 12 of laser level 10. To this end, it is preferable to provide hanger assembly 90 with detent protrusions 94, which engage the laser level 10.

Main body 91 may magnetically engage another assembly, such as wall assembly 95, pin assembly 96 and/or mandrel assembly 97. Wall assembly 95 preferably has a body 95B, a magnetically-responsive metal plate 95MP supported by body 95B, and a hole 95H. Basically, the user can dispose wall assembly 95 on a nail or screw on a wall. The user can then dispose main body 91 unto wall assembly 95, which will stay together because of the magnet/metal plate combination.

Pin assembly 96 preferably has a body 96B, a magnetically-responsive metal plate 96MP supported by body 96B, and a pin 96P. Basically, the user can dispose pin assembly 96 unto a wall. The user can then dispose main body 91 unto pin assembly 96, which will stay together because of the magnet/metal plate combination.

Mandrel assembly 97 preferably has a body 97B, a magnetically-responsive metal plate 97MP supported by body 97B, and a mandrel 97M. Basically, the user can dispose mandrel assembly 97 within a pre-drilled hole on a wall. The user can then dispose main body 91 unto mandrel assembly 97, which will stay together because of the magnet/metal plate combination.

8

Persons skilled in the art will recognize that it is also preferable to provide a rib 98 on main body 91 that receives wall assembly 95, pin assembly 96 and/or mandrel assembly 97, or a portion thereof. Preferably, the rib 98 is designed so that, when main body 91 is disposed on wall assembly 95, pin assembly 96 and/or mandrel assembly 97, the main body 91 is centered relative to the opposite assembly. Rib 98 may also support main body 91 (and thus laser level 10). Persons skilled in the art will recognize that the rib 98 may be disposed on wall assembly 95, pin assembly 96 and/or mandrel assembly 97. Alternatively, rib 98 may be received within a slot or groove of wall assembly 95, pin assembly 96 and/or mandrel assembly 97.

A second embodiment of laser level 10 is shown in FIG. 8, where like numerals refer to like parts. The teachings of the first embodiment above are wholly incorporated by reference in the present embodiment. One difference from the previous embodiment is that the pendulum assembly 30 has a knife edge 36 disposed therein, which engages a notch 11N in housing 11. In addition, pendulum assembly 30 may have a lower curved area 35.

It is preferable to dispose laser assemblies 40 within protrusions 15 of top portion 11T. With such arrangement, when the laser level 10 is disposed substantially vertically against a wall, laser beams emitted by laser assemblies 40 can exit housing 11 through windows 13. As discussed above, the laser level 10 has a certain angle range, where the laser level 10 can be disposed at an angle relative to the vertical centerline V and the pendulum assembly 30 will self-level and emit substantially horizontal (or vertical) laser beams.

If the laser level 10 is disposed at an angle beyond the angle range, laser assemblies 40 may contact the inner walls of protrusions 15. Alternatively, pendulum assembly 30 may contact a component disposed within housing 11. When this occurs, the laser level 10 will no longer provide an accurate leveling function.

Preferably, the windows 13 are sized to prevent the emitted laser beams to project out of housing 11 when the laser assemblies 40 contact the inner walls of protrusions 15 or pendulum assembly 30 contacts a component disposed within housing 11. This prevents the user from believing that the emitted laser beams are substantially horizontal (or vertical).

Preferably, the windows 13 prevent the laser beams from exiting the housing when the pendulum assembly 30 approach the limits of the angle range. In other words, assuming an angle range being between about −10° to about 10° from vertical centerline V where pendulum assembly 30 will self-level, and where the laser assemblies 40 contact the inner walls of protrusions 15 or pendulum assembly 30 contact a component disposed within housing 11 at any angle beyond this angle range, it may be preferable to size and/or shape the windows 13 to begin blocking the laser beams at about −8° and/or about 8° from vertical centerline V.

It may be preferable to provide a pendulum lock mechanism 80 for locking pendulum assembly 30 at a certain position. For example, pendulum assembly 30 may be locked in place in order to safely transport laser level.

US 6,914,930 B2

**9**

Pendulum lock mechanism **80** may include a lock **84** that has a locking surface **84LR** which contacts a portion of pendulum assembly **30**, such as curved area **35**. Lock **84** is preferably movable along its axis between locked and unlocked positions. A spring **86** may be trapped between housing **11** (via boss **11B**) and lock **84** for biasing lock **84** towards the locked position.

Lock **84** may be moved between the locked and unlocked positions by an actuator **83**. The longitudinal axis of actuator **83** is preferably substantially perpendicular to the longitudinal axis of lock **84**. Actuator **83** may be moved along its axis between a first position that moves lock **84** into the locked position and a second position that moves lock **84** into the unlocked position. Preferably, actuator **83** and lock **84** have ramps **83R**, **84R**, respectively, for contacting therebetween.

As shown in FIG. 9, actuator **83** is shown in the first and second positions with solid and broken lines, respectively. As actuator **83** is moved upwardly, ramp **83R** contacts ramp **84R**, and moves lock **84** towards the unlocked position. Actuator **83** may have a plateau **83P** disposed at the end of ramp **83R** for maintain lock **84** in the unlocked position.

Actuator **83** may have an actuator button **81** to enable the user to move the actuator **83** between the first and second positions (and thus to move the lock **84** between the locked and unlocked positions).

Persons skilled in the art will recognize that actuator **83** may be connected to a switch **82**, so that when actuator **83** is moved, switch **82** is activated. Preferably, switch **82** turns laser assemblies **40** on and off.

Persons skilled in the art should also recognize that the spatial relationship between actuator ramp **83R**, lock ramp **84** and the travel distance of switch **82** can be manipulated so that the switch **82** will turn on laser assemblies **40** only when lock **84** is moved to the unlocked position. Alternatively, the spatial relationship between actuator ramp **83R**, lock ramp **84** and the travel distance of switch **82** can be manipulated so that the switch **82** will turn on laser assemblies **40** before lock **84** is moved to the unlocked position. This allows the user to use the laser level **10** to emit straight laser lines, even though these lines are not necessarily level.

A third embodiment of laser level **100** is shown in FIG. **10**, where like numerals refer to like parts. The teachings of the embodiments discussed above are incorporated herein by reference.

Laser level **100** basically has three assemblies: base assembly **110**, pendulum assembly **120** and laser housing assembly **130**. These three assemblies may be designed so that they cannot be separated during operation. Alternatively these three assemblies may be designed so that they can be separated during operation and/or storage.

Base assembly **110** has a main body **111**, which has a substantially flat rear wall to ensure that laser level **100** can be disposed substantially flush against a wall. Main body **111** may have a central hollow cylinder **112**. In addition, main body **111** may carry the stud sensor circuit **20**.

Pendulum assembly **120** preferably has a main body **121** and a hole **121H** on body **121** for nesting pendulum assembly **120** on cylinder **112**. Preferably, main body **121** (and

**10**

thus pendulum assembly **120**) can rotate about cylinder **112**. Accordingly, it is preferable to dispose bearings **123** therebetween to facilitate such rotation.

Main body **121** may have a compartment for receiving battery **50**. In addition, main body **121** may have an annular protrusion **122**.

Laser housing assembly **130** may have a housing **131** and at least one laser assembly **40** disposed within the housing **131**. Housing **131** may have a hole **131H** for nesting laser housing assembly **130** onto protrusion **122**. Preferably housing **131** (and thus laser housing assembly **130**) can rotate about protrusion **122**. Accordingly, it is preferable to dispose bearings **126** therebetween to facilitate such rotation.

A detent mechanism **140** may be disposed between pendulum assembly **120** and laser housing assembly **130** for fixing the rotational position of laser housing assembly **130** (and thus of laser assembly **40**) relative to the pendulum assembly **120**. Detent mechanism **140** may comprise a detent ball **144** which engages a notch (not shown) on housing **131**. A spring **145** is preferably disposed between body **121** and ball **144** to bias ball **144** towards the notch. Persons skilled in the art will recognize that the spring **145** and ball **144** may alternatively be disposed on housing **131**, whereas the notch can alternatively be disposed on body **121**.

Preferably, the notches are disposed in such locations so that the laser assembly **40** will emit a laser beam that is at 90° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam towards the right of laser level **100**, as shown in FIG. 10A), at 0° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam upwardly, as shown in FIG. 10B), or at −90° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam towards the left of laser level **100**, as shown in FIG. 10C). Persons skilled in the art will recognize that the notches may be disposed on other positions.

With such arrangement, the user can dispose laser level **100** against a wall. The user can move laser level **100** along the wall until a stud is detected by stud sensor circuit **20**. While holding on to main body **111**, the user can let pendulum assembly **120** and laser housing assembly **130** self-level, so that the emitted laser beam will be substantially horizontal or vertical. The user can also rotate laser housing assembly **130** to the different desired positions.

In all three embodiments, the battery **50** preferably provides power to both stud sensor circuit **20** and laser diode(s) **42**, as shown in FIG. **11**, so that the stud sensor circuit **20** and laser diode(s) **42** operate independently from each other. Persons skilled in the art will recognize that it may be desirable to enable the stud sensor **20** to control the laser diode(s) **42**, so that the laser diode(s) **42** only turn on when a stud is detected by stud sensor **20**.

Another embodiment of the novel laser level is shown in FIG. **13**, where like numerals refer to like parts. The teachings of the embodiments above are wholly incorporated by reference in the present embodiment. Like before, laser level **10** has laser assemblies **40** for projecting laser beams, preferably in the form of planes. Furthermore, laser level **10** has a stud sensor circuit **20**.

In this embodiment, the main difference is that the laser assemblies **40** are not disposed on a pendulum. Instead, they

US 6,914,930 B2

11

are fixedly connected to housing 11. Accordingly, the user can disposed housing 11 at any position against a wall or floor, and two laser lines will be emitted unto the wall or floor.

A horizontal bubble vial 11HV may be provided on housing 11 to indicate to the user when the laser beams are level, i.e., substantially horizontal. Similarly, a vertical bubble vial 11VV may be provided on housing 11 to indicate to the user when the laser beams are plumb, i.e., substantially vertical. Persons skilled in the art will recognize that other means for detecting and indicating whether the laser beams are plumb or level can be used. In addition, persons skilled in the art will recognize that it may be preferable to dispose at least one laser assembly 40 at 90° from another laser assembly 40, to emit a perpendicular laser beam or line.

Persons skilled in the art may recognize other additions or alternatives to the means disclosed herein. However, all these additions and/or alterations are considered to be equivalents of the present invention.

What is claimed is:

1. A laser level disposable on a reference surface comprising:

a housing;

a pendulum pivotably connected to the housing, the pendulum having a center of gravity;

a first laser diode disposed on the pendulum for emitting a first laser beam along a first path, the first path being fixed relative to the center of gravity; and

a first line lens disposed on the pendulum in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a first line on the reference surface.

2. The laser level of claim 1, further comprising a second laser diode disposed on the pendulum for emitting a second laser beam along a second path, and a second lens disposed on the pendulum in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

3. The laser level of claim 2, wherein the first and second lines are substantially perpendicular.

4. The laser level of claim 2, wherein the first and second lines are substantially parallel.

5. The laser level of claim 1, further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

6. The laser level of claim 5, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

7. The laser level of claim 5, wherein the detector circuit controls the first laser diode so that, upon detecting the feature, the first laser diode lights up.

8. The laser level of claim 5, wherein the detector circuit does not control the first laser diode.

9. The laser level of claim 1, further comprising a pendulum locking mechanism for selectively locking the pendulum.

10. The laser level of claim 1, wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

11. The laser level of claim 1, wherein the housing at least partially encloses the pendulum.

12

12. The laser level of claim 11, wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

13. The laser level of claim 12, wherein the housing is configured so that the first planar beam cannot exit through the at least one window when the pendulum is at a selected angle relative to the housing.

14. A detection instrument disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface;

wherein the first light diode and first line lens are movable to different positions relative to the detector circuit.

15. The detection instrument of claim 14, further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second light beam into a second planar beam, the second planar beam forming a second line on the reference surface.

16. The detection instrument of claim 15, wherein the first and second lines are substantially perpendicular.

17. The detection instrument of claim 15, wherein the first and second lines are substantially parallel.

18. The detection instrument of claim 14, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

19. The detection instrument of claim 14, wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first light diode lights up.

20. The detection instrument of claim 14, wherein the detector circuit does not control the first light diode.

21. The detection instrument of claim 14, wherein the first light diode is a laser diode.

22. The detection instrument of claim 14, further comprising a collimating lens disposed between the first light diode and the first line lens.

23. A level disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

at least one bubble level on the housing.

24. The level of claim 23, further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

25. The level of claim 24, wherein the first and second lines are substantially perpendicular.

26. The level of claim 24, wherein the first and second lines are substantially parallel.

US 6,914,930 B2

13

**27.** The level of claim **23,** further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**28.** The level of claim **27,** wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**29.** The level of claim **27,** wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first laser diode lights up.

**30.** The level of claim **27,** wherein the detector circuit does not control the first light diode.

**31.** The laser level of claim **23,** wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

**32.** The detection instrument of claim **23,** wherein the first light diode is a laser diode.

**33.** The detection instrument of claim **23,** further comprising a collimating lens disposed between the first light diode and the first line lens.

**34.** A laser level disposable on a reference surface comprising:

a housing;

a first laser diode disposed in the housing for emitting a first laser beam along a first path;

a first line lens disposed in the housing in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

a hanging assembly connected to the housing for mounting the laser level to the reference surface.

**35.** The laser level of claim **34,** further comprising a second laser diode disposed in the housing for emitting a second laser beam along a second path, and a second lens disposed in the housing in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

**36.** The laser level of claim **35,** wherein the first and second lines are substantially perpendicular.

**37.** The laser level of claim **35,** wherein the first and second lines are substantially parallel.

**38.** The laser level of claim **34,** further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**39.** The laser level of claim **38,** wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**40.** The laser level of claim **38,** wherein the detector circuit controls the first laser diode so that, upon detecting the feature, the first laser diode lights up.

**41.** The laser level of claim **38,** wherein the detector circuit does not control the first laser diode.

**42.** The laser level of claim **34,** wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

14

**43.** The laser level of claim **34,** wherein the hanger assembly comprises a reference surface assembly that contacts the reference surface.

**44.** The laser level of claim **43,** further comprising a magnet disposed on one of the reference surface assembly and the housing, and a metal plate disposed on the other of the reference surface assembly and the housing.

**45.** The laser level of claim **43,** wherein the reference surface assembly comprises at least one of the group consisting of a pin and a mandrel.

**46.** A level disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface;

a first collimating lens disposed between the first light diode and the first line lens; and at least one bubble level on the housing,

wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

**47.** The level of claim **46,** further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second light beam into a second planar beam, the second planar beam forming a second line on the reference surface.

**48.** The level of claim **47,** wherein the first and second lines are substantially perpendicular.

**49.** The level of claim **47,** wherein the first and second lines are substantially parallel.

**50.** The level of claim **46,** further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**51.** The level of claim **50,** wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**52.** The level of claim **50,** wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first light diode lights up.

**53.** The level of claim **50,** wherein the detector circuit does not control the first light diode.

**54.** The level of claim **46,** wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

**55.** The level of claim **46,** wherein the first light diode is a laser diode.

\* \* \* \* \*