IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| THE STANLEY WORKS, | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Black & Decker

Inc. and Black & Decker (U.S.) Inc., which are non-governmental corporate parties, certifies that

Black & Decker Inc. and Black & Decker (U.S.) Inc. are wholly-owned subsidiary of Biovail

Corporation and there is no publicly held corporation that owns 10% or more of the stock of

Biovail Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

_Thomas C. Grimm_

Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorney for Plaintiffs*

OF COUNSEL:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
(312) 236-0733

August 30, 2005
480907