AO 440 (Rev. 10/93) Summons in a Civil Action

Original

# United States District Court

DISTRICT OF **DELAWARE**

BLACK & DECKER INC. and
BLACK & DECKER (U.S.) INC.,

        Plaintiffs,

   v.

THE STANLEY WORKS,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-636

TO:   The Stanley Works
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

   Thomas C. Grimm, Esquire
   Morris, Nichols, Arsht & Tunnell
   1201 N. Market Street, P.O. Box 1347
   Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*Evette Watson* (signature)
BY DEPUTY CLERK

AUG 3 0 2005

DATE

480904

STATE OF DELAWARE   )
                    ) SS.
NEW CASTLE COUNTY   )

On September 1, 2005, at approximately 3:45 p.m., service of the attached Summons, along with a copy of the Complaint, Civil Cover Sheet, and Notice of Availability of a U.S. Magistrate Judge, was made upon defendant They Stanley Works, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. Service was accepted by Brian Penrod, who is authorized to accept service.

_____
Christopher Scargill

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 2ND day of September, 2005.

_____
Notary Public

481636

PATRICIA A. BOYDEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2008