IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE STANLEY WORKS,<br><br>  Defendant. | )<br>)<br>)<br>)  Civil Action No.: 05-636<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

The parties to this action, through their undersigned counsel, hereby stipulate and agree that the time for Defendants to respond to the Complaint shall be and hereby is enlarged for a period of 45 days, through and including November 4, 2005. This stipulation shall have no effect on the availability of any defense otherwise available to defendants including, without limitation, defenses relating to service of process, jurisdiction and venue.

| **MORRIS, NICHOLS, ARSHT & TUNNELL** | **BLANK ROME LLP** |
|---|---|
| /s/ James W. Parrett, Jr.<br>Thomas C. Grimm (DE # 1098)<br>James W. Parrett, Jr. (DE # 4292)<br>1201 N. Market Street<br>Wilmington, DE 19720<br>302.475.7273<br>tgrimm@mnat.com<br>jparrett@mnat.com<br><br>Counsel for Plaintiffs | /s/ Neal C. Belgam<br>Neal C. Belgam (DE # 2122)<br>Dale R. Dube (DE # 2863)<br>1201 N. Market Street<br>Wilmington, DE 19720<br>302.425.6400<br>Belgam@blankrom.com<br>dube@blankrome.com<br><br>Counsel for Defendant |

IT IS SO ORDERED this ____ day of September, 2005.

_____
The Honorable Gregory M. Sleet

900200.00001/40156767v.1