IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE STANLEY WORKS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-636 (GMS)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

**PLAINTIFF BLACK & DECKER INC.  AND
BLACK & DECKER (U.S.) INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Black & Decker Inc. discloses that no publicly held corporation owns 10% or more of its stock and Black & Decker (U.S.) Inc. is owned by Black & Decker, Inc.

MORRIS, NICHOLS, ARSGT & TUNNELL

/s/  Thomas C. Grimm (#1098)

Thomas C. Grimm
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorney for Plaintiffs

OF COUNSEL:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602-4515
(312) 236-0733

September 30, 2005

## CERTIFICATE OF SERVICE

I, Thomas C. Grimm , hereby certify that on September 30, 2005 I electronically filed Plaintiff Black & Decker Inc. and Black & Decker (U.S.) Inc.'s Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Dale R. Dube
> Blank Rome LLP

I also certify that copies were caused to be served on September 30, 2005 upon the following in the manner indicated:

> BY HAND
>
> Dale R. Dube
> Blank Rome LLP
> 1201 North Market Street, Suite 800
> Wilmington, DE  19801

/s/     Thomas C. Grimm (#1098)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
tgrimm@mnat.com