IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>         Plaintiffs,<br><br>v.<br><br>THE STANLEY WORKS,<br><br>         Defendant. | )<br>)<br>)<br>)  Civil Action No.: 05-636<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Neal C. Belgam, ("Movant"), an attorney with the law firm of Blank Rome LLP ("Blank Rome") and a member of the Bar of the Delaware Supreme Court of the State of Delaware, pursuant to Delaware Supreme Court Rule 71, move the admission *pro hac vice* of Ross R. Barton ("Applicant"), of Pillsbury Winthrop Shaw Pittman LLP of 1650 Tysons Boulevard, McLean, Virginia, 22102, to represent Defendant The Stanley Works in this action. Movant certifies that the Applicant is a reputable and competent attorney, and Movant is in a position to recommend the Applicant's admission. Applicant is admitted to practice, practicing, and in good standing in the Commonwealth of Virginia. The supporting certification of Ross R. Barton is attached hereto.

Dated: October 31, 2005

BLANK ROME LLP

Neal C. Belgam (#2721)
Dale R. Dube (#2863)
1201 North Market Street,
Suite 800
Wilmington, DE 19801
*Attorneys for Defendants The Stanley Works*

900200.00001/40156860v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | ) )<br>) | |
| Plaintiffs, | ) ) | Civil Action No.: 05-636 |
| v. | ) )<br>) | **Jury Trial Demanded** |
| THE STANLEY WORKS, | ) ) | |
| Defendant. | ) | |

## CERTIFICATION BY COUNSEL TO BE
## ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Ross R. Barton
Ross R. Barton, Esquire
1650 Tysons Boulevard
Mclean, Virginia 22102
Phone: 703.770.7900

900200.00001/40156860v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANLEY WORKS,<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No.: 05-636<br>)<br>) **Jury Trial Demanded**<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

Neal C. Belgam, Esquire, hereby certifies that on October 31, 2005, copies of the foregoing **Motion For Admission *Pro Hac Vice*** were served by electronic filing upon the following counsel of record:

**MORRIS, NICHOLS, ARSHT & TUNNELL**

Thomas C. Grimm (DE # 1098)
James W. Parrett, Jr. (DE # 4292)
1201 N. Market Street
Wilmington, DE 19720
302.475.7273

_____
Neal C. Belgam (D.I. No. 2122)

123859.00601/40157634v.1