IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No.: 05-636 |
| v. | )<br>) | **Jury Trial Demanded** |
| THE STANLEY WORKS, | )<br>)<br>) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____    _____
　　　　　　　　　　　　　United States District Judge

900200.00001/40156860v.1