IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE STANLEY WORKS,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action No.: 05-636<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____     _____
                                         United States District Judge