IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and <br> BLACK & DECKER (U.S.) INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> THE STANLEY WORKS, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-636 <br> ) Judge Gregory M. Sleet <br> ) <br> ) **Jury Trial Demanded** <br> ) <br> ) |

## STIPULATION TO EXTEND TIME

The parties to this action, through their undersigned counsel, hereby stipulate and agree that the time for Defendants to respond to the Complaint shall be and hereby is enlarged for a period of 28 days, through and including December 1, 2005. This stipulation shall have no effect on the availability of any defense otherwise available to defendants including, without limitation, defenses relating to service of process, jurisdiction, and venue.

**MORRIS, NICHOLS, ARSHT & TUNNELL**

/s/ Thomas C. Grimm
Thomas C. Grimm (DE # 1098)
James W. Parrett, Jr. (DE # 4292)
1201 N. Market Street
Wilmington, DE 19720
302.475.7273

Counsel for Plaintiffs

**BLANK ROME LLP**

/s/ Neal C. Belgam
Neal C. Belgam (DE # 2122)
Dale R. Dubé (DE # 2863)
1201 N. Market Street
Wilmington, DE 19720
302.425.6400

Counsel for Defendant

Dated: November 3, 2005

400078170v1