IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and | ) | |
| BLACK & DECKER (U.S.) INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 05-636 (GMS) |
| v. | ) | |
| | ) | |
| THE STANLEY WORKS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, the parties met on November 22, 2005 and conducted a settlement conference in an effort to resolve this case and other outstanding issues between the parties;

WHEREAS, the parties believe that they made substantial progress toward resolving this litigation, as well as resolving other disputes between the parties;

WHEREAS, the parties have scheduled another settlement meeting for January 19, 2006;

WHEREAS, the parties desire additional time to conduct the further scheduled settlement conference;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that defendant's time to answer, move or otherwise plead in response to the Complaint in this action is extended to and including February 6, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL     BLANK ROME LLP


*/s/ Thomas C. Grimm*                  */s/ Neal C. Belgam*
_____           _____

Thomas C. Grimm (#1098)               Neal C. Belgam (#2721)
James W. Parrett, Jr. (#4292)         Dale R. Dube (#2863)
1201 N. Market Street                 1201 N. Market Street
P.O. Box 1347                         Suite 800
Wilmington, DE  19899-1347            Wilmington, DE  19801-4226
(302) 658-9200                        (302) 425-6400
  *Attorneys for Plaintiffs*            *Attorneys for Defendant*


                                      SO ORDERED this ___ day of November, 2005


                                      _____

                                      United States District Judge


494448