## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, hereby certify that on December 1, 2005, copies of the foregoing *The Stanley Works' Answer and Counterclaims* were served by electronic filing upon the following counsel of record:

**MORRIS, NICHOLS, ARSHT & TUNNELL**

Thomas C. Grimm (DE # 1098)
James W. Parrett, Jr. (DE # 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.575.7273

　　　　　　　　　　　　　　　　　　　　*/s/ Neal C. Belgam*
　　　　　　　　　　　　　　　　　　　　Neal C. Belgam (D.I. No. 2721)

123859.00601/40158292v.1