

*Phone:*   (302) 425-6467
*Fax:*     (302) 428-5108
*Email:*   dube@blankrome.com

January 27, 2006

**BY CMF AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:   Black & Decker v. Stanley; C.A. No. 05-636

Your Honor:

    This will confirm that the parties have reached an agreement in principle to settle the above-referenced matter. The parties respectfully request that the joint status report (due January 27, 2006) and the scheduling conference (set for February 2, 2006) be continued for several weeks while the parties paper the settlement and prepare an appropriate stipulation of dismissal.

    Counsel is available by telephone, should Your Honor have any questions.

                                Respectfully,

                                Dale R. Dubé

DRD:pb
Enclosure

cc:   Thomas C. Grimm, Esquire (by CMF and Hand Delivery)
      William P. Atkins, Esquire
      Neal C. Belgam, Esquire
      Raymond P. Niro, Esquire (by facsimile)