# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 5, 2006

TO:        Counsel

RE:        Black & Decker v. Stanley
           Civil Action No. 05-636

Dear Counsel:

 Pursuant to counsel's letter to the court dated January 27, 2006 (D.I. 15), please submit a jointly prepared status report or a stipulation of dismissal, filed via electronic case filing, no later than April 19, 2006.

 Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Sleet