IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE STANLEY WORKS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-636 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc. ("Black & Decker") and Defendant, The Stanley Works ("Stanley") submit the following status report regarding the status of settlement, including finalizing the language of a written agreement.

Black & Decker and Stanley met on January 26, 2006 and reached a settlement agreement in principle on patents assigned to both parties. The parties have worked diligently since that time to reduce the agreement to writing and finalize the necessary language. The agreement pertains to three patents and products, some of which are not subject to this lawsuit. The agreement also involves several complex licensing issues. Thus, the parties intend a global settlement that will dispose of this litigation, as well as other anticipated litigation.

Several draft agreements have been exchanged between the parties and a very few remaining issues are being finalized. The parties have also experienced difficulty in finalizing the language of the agreement, given the fact that representatives from two separate divisions within both Stanley and Black & Decker must review and approve any revisions to the

agreement.  Black & Decker and Stanley continue to work on finalizing the language of the agreement.  The parties expect the agreement to likely be finalized in the next few weeks.

Therefore, the parties respectfully request until May 12, 2006 to prepare a further status report for submission to the Court.  Prior to that time, the parties anticipate that a stipulation of dismissal will be filed.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
|---|---|
| /s/ Thomas C. Grimm | /s/ Dale R. Dube |
| _____ | _____ |
| Thomas C. Grimm (#1098) | Neal C. Belgam (#2721) |
| James W. Parrett, Jr. (#4292) | Dale R. Dube (#2863) |
| 1201 N. Market Street | 1201 N. Market Street |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE  19899-1347 | Wilmington, DE  19801-4226 |
| (302) 658-9200 | (302) 425-6400 |
| tcgefiling@mnat.com | belgam@blankrome.com |
| jparrett@mnat.com | dube@blankrome.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

April 19, 2006
516578