

*Phone:* (302) 425-6472
*Fax:* (302) 425-6464
*Email:* Belgam@blankrome.com

May 12, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    Black & Decker v. Stanley; C.A. No. 05-636

Dear Judge Sleet:

    I write to update Your Honor as to the status of this case. The parties have reached a settlement and are awaiting counter-signatures on a document finalizing the same. In light of the foregoing, counsel anticipates filing a stipulation of dismissal within the next week.

    Counsel are available by telephone, should Your Honor have any questions.

                            Respectfully,

                            */s/ for Neal C. Belgam*
                            Neal C. Belgam
                            (DE I.D. No. 2721)

NCB:mcm

cc:    Thomas C. Grimm, Esquire (via electronic filing)
       William P. Atkins, Esquire (via e-mail)
       Neal C. Belgam, Esquire
       Dale R. Dubè, Esquire
       Raymond P. Niro, Esquire (via e-mail)