IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STANLEY WORKS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-636-GMS<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## AGREED ORDER OF DISMISSAL

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively "B&D") and defendant, The Stanley Works ("Stanley"), have agreed to a settlement of all claims and counterclaims that were or could have been brought by them in this Civil Action.

WHEREFORE, with the consent of plaintiffs and defendant, through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1. This Court has personal jurisdiction over the parties and the subject matter of this action, including the enforcement of the Settlement Agreement entered among the parties.

2. Pursuant to the terms and conditions of the Settlement Agreement entered between B&D and Stanley, all claims, counterclaims and defenses of B&D and/or Stanley are hereby dismissed with prejudice.

3. Each party to this Order shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED BY:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Neal C. Belgam* |
| Thomas C. Grimm (#1098) | Neal C. Belgam (#2721) |
| James W. Parrett, Jr. (#4292) | Dale R. Dube (#2863) |
| 1201 N. Market Street | 1201 N. Market Street |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE  19899-1347 | Wilmington, DE  19801-4226 |
| (302) 658-9200 | (302) 425-6400 |
| tgrimm@mnat.com | belgam@blankrome.com |
| jparrett@mnat.com | dube@blankrome.com |
| *Attorneys for Black & Decker Inc. and Black & Decker (U.S.) Inc.* | *Attorneys for The Stanley Works* |

OF COUNSEL:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602-4515
(312) 236-0733

OF COUNSEL:

William P. Atkins
Ross R. Barton
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
1650 Tyson Boulevard
McLean, VA  22102
(703) 770-7900


SO ORDERED THIS ____ day of May 2006.


_____
United States District Court Judge

521520